UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-0042RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER ON MOTION TO FILE |
| | ) | DECLARATION OF TIMOTHY R. |
| DERICO FULLER, | ) | LOHRAFF UNDER SEAL |
| Defendant. | ) | |

THE COURT having considered the motion to withdraw and the motion to seal the declaration of Timothy R. Lohraff, the Court hereby makes the following findings:

That based upon the reasons set forth in Mr. Lohraff's motion, not granting the motion could result in privileged and protected materials being made public. The need to seal the declaration outweighs the public's interest in having the document made public.

IT IS THEREFORE ORDERED that Timothy R. Lohraff is hereby given leave to file his declaration under seal.

ORDER ON MOTION
TO SEAL DECLARATION OF COUNSEL

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
**1001 Fourth Avenue, Suite 3200**
**Seattle, WA 98154**
**(206) 940-6523**
Lohrafflaw@gmail.com

DONE this 1 day of November 2017.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/Timothy R. Lohraff*
Bar No. 32145
Attorney for Derico Fuller
1001 Fourth Avenue, Suite 3200
Seattle, WA  98154
206/940-6523
Lohrafflaw@gmail.com

ORDER ON MOTION
TO SEAL DECLARATION OF  COUNSEL

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
**1001 Fourth Avenue, Suite 3200**
**Seattle, WA 98154**
**(206) 940-6523**
**Lohrafflaw@gmail.com**