UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-0042 RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER ON MOTION TO SUBSTITUTE COUNSEL |
| DERICO FULLER, | ) | |
| Defendant. | ) | |

THE COURT having considered the motion to withdraw, the declaration of Timothy R. Lohraff, and the testimony of Derico Fuller before this Court, the Court hereby makes the following findings:

That based upon the reasons set forth in Mr. Lohraff's motion, Mr. Lohraff's declaration and the testimony of Derico Fuller:

IT IS THEREFORE ORDERED that Timothy R. Lohraff is hereby given leave to withdraw as counsel and new CJA counsel appointed.

DATED this 3rd day of November 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 940-6523
Lohrafflaw@gmail.com

Presented by:

*s/Timothy R. Lohraff*
Bar No. 32145
Attorney for Derico Fuller
1001 Fourth Avenue, Suite 3200
Seattle, WA   98154
206/940-6523
Lohrafflaw@gmail.com